# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| CONSTANT, FRANK | § | Case No. 11-25512 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $          , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH R. VOILAND_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit A**

| | |
|---|---|
| Case No:    11-25512    RG    Judge: MANUEL BARBOSA | Trustee Name:    JOSEPH R. VOILAND |
| Case Name:    CONSTANT, FRANK | Date Filed (f) or Converted (c):    06/17/11 (f) |
| | 341(a) Meeting Date:    08/08/11 |
| For Period Ending:  07/12/14 | Claims Bar Date:    03/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home 2433 Smalley Court | 230,000.00 | 0.00 | | 40,000.00 | FA |
| 2. Harris Bank Checking account | 4,000.00 | 0.00 | | 0.00 | FA |
| 3. Parkway Bank Checking account | 100.00 | 100.00 | | 0.00 | FA |
| 4. household goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Wristwatch; wedding ring; heirloom ring | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 7. 40-caliber pistol; camera | 400.00 | 400.00 | | 0.00 | FA |
| 8. AXA Equitable term life policy #93-051-973 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Equity Trust Company IRA | 7,500.00 | 0.00 | | 0.00 | FA |
| 10. Michael Franks LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. Assurance Property Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. Michael Franks Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. Personal loan Forrest Corral | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 14. Personal loan Charles Constant | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 15. Shareholder's loan to Michael Franks' companies | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 16. Illinois Real Estate Agent's license | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2003 Hyundai Santa Fe | 2,000.00 | 0.00 | | 0.00 | FA |
| 18. 2005 Hyundai Elantra | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 19. 2008 Znen motor scooter | 600.00 | 600.00 | | 0.00 | FA |
| 20. Household pet dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $415,400.00 | $171,600.00 | | $40,000.00 | $0.00 |
|---|---|---|---|---|---|
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-25512    RG    Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | CONSTANT, FRANK | Date Filed (f) or Converted (c): | 06/17/11 (f) |
| | | 341(a) Meeting Date: | 08/08/11 |
| | | Claims Bar Date: | 03/05/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is awaiting receipt of payment of $20,000.00 from debtor's wife which is due May 15, 2014.

Initial Projected Date of Final Report (TFR): 06/15/13        Current Projected Date of Final Report (TFR): 06/15/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-25512 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | CONSTANT, FRANK | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1917 Checking Account |
| Taxpayer ID No: | *******2657 | | | |
| For Period Ending: | 07/12/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 19,732.42 | | 19,732.42 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.92 | 19,713.50 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.36 | 19,685.14 |
| 05/14/14 | 1 | Chase Bank/ Mary Constant | | 1110-000 | 20,000.00 | | 39,685.14 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 46.53 | 39,638.61 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.03 | 39,581.58 |

| | | |
|---|---|---|
| COLUMN TOTALS | 39,732.42 | 150.84 | 39,581.58 |
| Less: Bank Transfers/CD's | 19,732.42 | 0.00 | |
| Subtotal | 20,000.00 | 150.84 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 150.84 | |

Page Subtotals   39,732.42   150.84

LFORM24   Ver: 17.05c

FORM 2                                                                                                    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit B

| Case No: | 11-25512  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | CONSTANT, FRANK | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9066  Checking Account |
| Taxpayer ID No: | *******2657 | | | |
| For Period Ending: | 07/12/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/12 | 1 | Chase Bank | | 1110-000 | 20,000.00 | | 20,000.00 |
| 03/31/13 | | Congressional Bank | | 2600-000 | | 19.18 | 19,980.82 |
| 05/31/13 | | Congressional Bank | bank service fees | 2600-000 | | 20.52 | 19,960.30 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 21.22 | 19,939.08 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 21.17 | 19,917.91 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 20.47 | 19,897.44 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 21.13 | 19,876.31 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 21.10 | 19,855.21 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 20.41 | 19,834.80 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 21.06 | 19,813.74 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 20.36 | 19,793.38 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 21.02 | 19,772.36 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 21.00 | 19,751.36 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 18.94 | 19,732.42 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 19,732.42 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 19,732.42 | |
| Subtotal | 20,000.00 | 267.58 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 267.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1917 | 20,000.00 | 150.84 | 39,581.58 |
| Checking Account - ********9066 | 20,000.00 | 267.58 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 40,000.00 | 418.42 | 39,581.58 |
| | ============= | ============= | ============= |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          20,000.00          20,000.00

Page:    3

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 11-25512 -RG | |
| Case Name: | CONSTANT, FRANK | |
| Taxpayer ID No: | *******2657 | |
| For Period Ending: | 07/12/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9066  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******1917 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********9066 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 03, 2014

Case Number:   11-25512
Debtor Name:   CONSTANT, FRANK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | Administrative | | $4,750.00 | $0.00 | $4,750.00 |
| 001 2200-00 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | Administrative | | $318.16 | $0.00 | $318.16 |
| 001 3110-00 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | Administrative | | $6,930.00 | $0.00 | $6,930.00 |
| 001 3120-00 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL  60560 | Administrative | | $183.34 | $0.00 | $183.34 |
| 001 2700-00 | Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL  60604 | Administrative | | $879.00 | $0.00 | $879.00 |
| 000001 070 7100-00 | Aragon at Carpentersville Condominium Association c/o Kovitz Shifrin Nesbit 750 West Lake Cook Rd. Suite 350 Buffalo Grove, IL 60089 | Unsecured | | $2,894.29 | $0.00 | $2,894.29 |
| 000002 070 7100-00 | Kenneth and Lois Rolf 3916 N. 208th Street Elkhorn, NE 68022 | Unsecured | | $26,000.00 | $0.00 | $26,000.00 |
| 000003 070 7100-00 | Judith Mahlkuch 1910 Barber Drive Stoughton, WI 53589 | Unsecured | | $243,888.00 | $0.00 | $243,888.00 |
| 000004 070 7100-00 | Sandra Merrick PO Box 311 Piney Point, MD 20674 | Unsecured | | $125,000.00 | $0.00 | $125,000.00 |
| 000005 070 7100-00 | Jeffery and Nancy Winterburg 917 Doral Drive Bartlett, IL 60103 | Unsecured | | $291,524.00 | $0.00 | $291,524.00 |
| 000006 070 7100-00 | Karen and David Funk 1811 Ranchview Dr Naperville, IL 60565 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000007 070 7100-00 | Alan Wolan Roth IRA 1458 Lorilyn Lane Northbrook, IL 60062 | Unsecured | | $46,972.00 | $0.00 | $46,972.00 |
| 000008 070 7100-00 | Neal Heimbecker 808 Hickory Woodstock, IL 60098 | Unsecured | | $30,000.00 | $0.00 | $30,000.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                           Date: August 03, 2014

Case Number:   11-25512                    Claim Class Sequence
Debtor Name:   CONSTANT, FRANK

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| 000009 070 7100-00 | Martin Benjamin IRR Trust 221 Tanoak Lane Naperville, IL 60540 | Unsecured | | $500,000.00 | $0.00 | $500,000.00 |
| 000010 070 7100-00 | Charles and Helen Wu 9488 Mammoth Drive Reno, NV 89521 | Unsecured | | $112,500.00 | $0.00 | $112,500.00 |
| 000011 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $756.67 | $0.00 | $756.67 |
| 000012A 070 7100-00 | Gary A Parmenter 11125 Regency Drive Westchester, IL 60154 | Unsecured | | $77,628.00 | $0.00 | $77,628.00 |
| 000013 070 7100-00 | Dalyte, LLC Dalia E Ritter 330 N Catherine Avenue La Grange Park, IL 60526 | Unsecured | | $75,000.00 | $0.00 | $75,000.00 |
| 000014 070 7100-00 | Harvest Time, LLc Gary W Ritter 330 N Catherine Avenue La Grange Park, IL 60526 | Unsecured | | $175,000.00 | $0.00 | $175,000.00 |
| 000015 070 7100-00 | Lawrence Weiner 1322 N. Peachtree Lane Mount Prospect, IL 60056 | Unsecured | | $11,528.00 | $0.00 | $11,528.00 |
| 000016 070 7100-00 | Stanley J Rozycki & Victoria L Rozycki Stanley J Rozycki 12 Harvard Lane Hawthorn Woods, IL 60047 | Unsecured | | $741,581.40 | $0.00 | $741,581.40 |
| 000017 070 7100-00 | Nyle Gruhn 3326 X Ave Manilla, IA 51454 | Unsecured | | $40,000.00 | $0.00 | $40,000.00 |
| 000018 070 7100-00 | Nyle Gruhn 57 Chevy, LLC 3326 X Ave Manilla, IA 51454 | Unsecured | | $47,200.00 | $0.00 | $47,200.00 |
| 000019 070 7100-00 | Mark Gruhn 300 Sundown Drive Apt 34 Glidden, IA 51443 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000020 070 7100-00 | Gina Anson 798 N. Elmwood Street Orange, CA 92867 | Unsecured | | $93,015.00 | $0.00 | $93,015.00 |

Page 3

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: August 03, 2014

Case Number:    11-25512
Debtor Name:    CONSTANT, FRANK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | Daughters of Gar, LLC Robert S Bivin 1805 Golden Gate Ln Naperville, IL 60563 | Unsecured | | $137,741.00 | $0.00 | $137,741.00 |
| 000022 070 7100-00 | Edward and Roseann Weinewuth 350 Countryside Drive Roselle, IL 60172 | Unsecured | | $122,832.00 | $0.00 | $122,832.00 |
| 000023 070 7100-00 | Katherine Smith Katherine L Wolf 1377 Ferndale Avenue Highland Park, IL 60035 | Unsecured | | $127,548.55 | $0.00 | $127,548.55 |
| 000024 070 7100-00 | Julie Burger CMR 409 Box 46 APO AE 09053 | Unsecured | | $8,098.82 | $0.00 | $8,098.82 |
| 000025 070 7100-00 | JCL Asset Management, LLC Jennifer and Michael LaFargue 9327 So Michigan Ave Chicago, IL 60619 | Unsecured | | $82,501.00 | $0.00 | $82,501.00 |
| 000026A 070 7100-00 | Richard Vock 706 Forest View Drive Verona, WI 53593 | Unsecured | | $114,000.00 | $0.00 | $114,000.00 |
| 000027A 070 7100-00 | Neha Doshi (maiden name Neha Shah) Neha Doshi 386 Wilcrest Drive Houston, TX 77042 | Unsecured | | $25,605.00 | $0.00 | $25,605.00 |
| 000028 070 7100-00 | Smita Shah Smita S Shah 4170 Portage Lane Hoffman Estates, IL 60192 | Unsecured | | $40,105.00 | $0.00 | $40,105.00 |
| 000029 070 7100-00 | Kathryn (Kate) Heilessen,Gotta Have Faith LLC Kathryn Heilesen 1314 2nd Avenue North Denison, IA 51442 | Unsecured | | $21,746.40 | $0.00 | $21,746.40 |
| 000030 070 7100-00 | Kenneth Kowall 3930 Bordeaux Dr Hoffman Estates, IL 60192 | Unsecured | | $47,300.00 | $0.00 | $47,300.00 |
| 000031 070 7100-00 | REH Holdings, LLC Susan Kraujalis, Mgr Susan Kraujalis 1660 Dennison Road Hoffman Estates, IL 60169 | Unsecured | | $35,000.00 | $0.00 | $35,000.00 |
| 000032 070 7100-00 | KZJB Futures LLC Roy Hildebrand, Mgr Roy Hildebrand | Unsecured | | $30,000.00 | $0.00 | $30,000.00 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 03, 2014

| Case Number: | 11-25512 | Claim Class Sequence |
| Debtor Name: | CONSTANT, FRANK | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 1660 Dennison Road<br>Hoffman Estates, IL 60169 | | | | | |
| 000033<br>070<br>7100-00 | Bernard Hildebrand<br>1714 N 36th Ave<br>Stone Park, IL 60165 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000034A<br>070<br>7100-00 | Brad Fritschle<br>Highly Levaged LLC<br>1086 Bob-o-Link<br>Highland Park, IL 60035 | Unsecured | | $150,260.60 | $0.00 | $150,260.60 |
| 000035A<br>070<br>7100-00 | Millicent Fritschle, Fritschle Marital<br>Trust<br>Fritschle Family Trust<br>1798 Brush Hill Lane<br>Glenview, IL 60025 | Unsecured | | $511,231.93 | $0.00 | $511,231.93 |
| 000036<br>070<br>7100-00 | Rea Santroch Trust<br>625 Clover Hill Lane<br>Elk Grove Village, IL 60007 | Unsecured | | $200,000.00 | $0.00 | $200,000.00 |
| 000037<br>070<br>7100-00 | ETC Custorian FBO Fredric F Bunge<br>IRA #75277<br>Fredric F. Bunge<br>118 Lake Street<br>Batavia IL 60510 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000038<br>070<br>7100-00 | ETC Custodian FBO Barbara J Bunge<br>IRA 65145<br>Barbara J Bunge<br>118 Lake Street<br>Batavia, IL 60510 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000039<br>070<br>7100-00 | Gail L Santroch Trust<br>625 Clover Hill Lane<br>Elk Grove Village, IL 60007 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000040<br>070<br>7100-00 | ETC Custorian FBO Fredric F Bunge<br>IRA #75277<br>Fredric F. Bunge<br>118 Lake Street<br>Batavia IL 60510 | Unsecured | | $26,314.00 | $0.00 | $26,314.00 |
| 000041<br>070<br>7100-00 | Mary Kay Riodan & Jack Riordan<br>1 Wheaton Ctr Apt 512<br>Wheaton, IL 60187 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000042<br>070<br>7100-00 | Mary Kay Riordan<br>1 Wheaton Ctr Apt 512<br>Wheaton, IL 60187 | Unsecured | | $263,140.00 | $0.00 | $263,140.00 |
| 000043<br>070<br>7100-00 | VFTC Custondian Roth IRA FBO Carl<br>F Burger<br>Carl Burger | Unsecured | | $41,300.02 | $0.00 | $41,300.02 |

Page 5

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 03, 2014

Case Number:    11-25512
Debtor Name:    CONSTANT, FRANK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | P.O. Box 725<br>Wauconda, IL 60084 | | | | | |
| 000044<br>070<br>7100-00 | Robin A. Mauro<br>333 Woodside Drive<br>Bloomingdale, IL 60108 | Unsecured | | $12,800.00 | $0.00 | $12,800.00 |
| 000045<br>070<br>7100-00 | ETC Custodian FBO Barbara J Bunge<br>IRA 65145<br>Barbara J Bunge<br>118 Lake Street<br>Batavia, IL 60510 | Unsecured | | $37,006.94 | $0.00 | $37,006.94 |
| 000046<br>070<br>7100-00 | Barbara J Bunge as Silver & Gold LLC<br>Barbara J Bunge<br>118 Lake Street<br>Batavia, IL 60510 | Unsecured | | $288,654.17 | $0.00 | $288,654.17 |
| 000047<br>080<br>7200-00 | Rachelle Alanis<br>1800 Village Square Ct<br>Severn, MD 21144 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000048<br>080<br>7200-00 | Equity Trust Company Custodian<br>FBO Philip R Rich, IRA<br>c/o Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000049<br>080<br>7200-00 | Jones National Bank & Trust<br>Custodian FBO Brandon D Rich Roth<br>IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000050<br>080<br>7200-00 | Jones National Bank & Trust Custodian<br>FBO<br>Jason Rich Roth IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000051<br>080<br>7200-00 | Mink Resources, LLC<br>c/o Philip Rich<br>217 S. 122 Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000052<br>080<br>7200-00 | Diane Rich<br>c/o Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000053<br>080<br>7200-00 | Jones National Bank & Trust<br>Custodian FBO Diane Rich Tradition<br>IRA | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*    Printed: 08/03/14 07:26 AM    Ver: 17.05c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 6

Date: August 03, 2014

Case Number:    11-25512
Debtor Name:    CONSTANT, FRANK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | | | | | |
| 000054<br>080<br>7200-00 | Brandon Rich<br>c/o Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000055<br>080<br>7200-00 | Jason Rich<br>c/o Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $12,800.00 | $0.00 | $12,800.00 |
| 000056<br>080<br>7200-00 | Jones National Bank & Trust Custodian<br>FBO<br>Jessica Kalender Rich Roth IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $6,400.00 | $0.00 | $6,400.00 |
| 000057<br>080<br>7200-00 | Jones National Bank & Trust Custodian<br>FBO<br>Adam B Rich Roth IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $12,800.00 | $0.00 | $12,800.00 |
| 000058<br>080<br>7200-00 | William Deery<br>1201 S Ocean Drive 1707N<br>Holllywood, FL 33019 | Unsecured | | $23,056.00 | $0.00 | $23,056.00 |
| 000059<br>080<br>7200-00 | Jones National Bank & Trust Custodian<br>FBO<br>Diane Rich, Roth IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $32,600.00 | $0.00 | $32,600.00 |
| 000060<br>080<br>7200-00 | Jones National Bank & Trust Custodian<br>FBO<br>Philip R Rich, Roth IRA<br>Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $34,200.00 | $0.00 | $34,200.00 |
| 000061<br>080<br>7200-00 | Equity Trust Company Custodian<br>FBO Philip R Rich, IRA<br>c/o Philip Rich<br>217 South 122nd Street<br>Omaha, NE 68154 | Unsecured | | $11,528.00 | $0.00 | $11,528.00 |
| 000062<br>080<br>7200-00 | Mink Resources, LLC<br>c/o Philip Rich<br>217 S. 122 Street<br>Omaha, NE 68154 | Unsecured | | $17,420.00 | $0.00 | $17,420.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 7                                                                                    Date: August 03, 2014

Case Number:    11-25512                        Claim Class Sequence
Debtor Name:    CONSTANT, FRANK

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000063 080 7200-00 | Equity Trust Company Custodian FBO Philip R Rich, IRA c/o Philip Rich 217 South 122nd Street Omaha, NE 68154 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000064 080 7200-00 | Mink Resources, LLC c/o Philip Rich 217 S. 122 Street Omaha, NE 68154 | Unsecured | | $33,375.00 | $0.00 | $33,375.00 |
| 000065 080 7200-00 | Mink Resources, LLC c/o Philip Rich 217 S. 122 Street Omaha, NE 68154 | Unsecured | | $23,916.00 | $0.00 | $23,916.00 |
| 000066 080 7200-00 | Equity Trust Company Custodian FBO Diane Rich IRA c/o Philip Rich 217 South 122nd Street Omaha, NE 68154 | Unsecured | | $11,258.00 | $0.00 | $11,258.00 |
| 000067 080 7200-00 | Philip Rich 217 S. 122 Street Omaha, NE 68154 | Unsecured | | $17,800.00 | $0.00 | $17,800.00 |
| 000068 080 7200-00 | Roger S Anderson 450 Garcia Drive Hemet, CA 92545-9321 | Unsecured | | $55,000.00 | $0.00 | $55,000.00 |
| 000069 080 7200-00 | Garry W. Gruhn 527 Pennsylvania Ave#4 Story City,IA 50248 | Unsecured | | $47,200.00 | $0.00 | $47,200.00 |
| 000070 080 7200-00 | Garry W. Gruhn 527 Pennsylvania Ave#4 Story City,IA 50248 | Unsecured | | $27,000.00 | $0.00 | $27,000.00 |
| 000071 080 7200-00 | Ewa Blizniak 1365 Huntington Drive Mundelein, IL 60060 | Unsecured | | $178,000.00 | $0.00 | $178,000.00 |
| 000072 080 7200-00 | Gerilynn Berg 2438 Hill Street Santa Monica, CA 90405 | Unsecured | | $11,528.00 | $0.00 | $11,528.00 |
| 000073 070 7100-00 | Garland Labat 336 New Mills Court Schaumburg, IL 60193 | Unsecured | | $225,000.00 | $0.00 | $225,000.00 |
| 000074 080 7200-00 | Garland LaBat 336 New Mills Ct Schaumburg, IL 60193 | Unsecured | | $0.00 | $0.00 | $0.00 |

Page 8

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: August 03, 2014

Case Number:  11-25512
Debtor Name:  CONSTANT, FRANK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
|        | Case Totals: | | | $6,292,214.29 | $0.00 | $6,292,214.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-25512
Case Name: CONSTANT, FRANK
Trustee Name: JOSEPH R. VOILAND

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Aragon at Carpentersville Condominium Association | $ | $ | $ |
| 000002 | Kenneth and Lois Rolf | $ | $ | $ |
| 000003 | Judith Mahlkuch | $ | $ | $ |
| 000004 | Sandra Merrick | $ | $ | $ |
| 000005 | Jeffery and Nancy Winterburg | $ | $ | $ |
| 000006 | Karen and David Funk | $ | $ | $ |
| 000007 | Alan Wolan Roth IRA | $ | $ | $ |
| 000008 | Neal Heimbecker | $ | $ | $ |
| 000009 | Martin Benjamin IRR Trust | $ | $ | $ |
| 000010 | Charles and Helen Wu | $ | $ | $ |
| 000011 | American Express Centurion Bank | $ | $ | $ |
| 000012A | Gary A Parmenter | $ | $ | $ |
| 000013 | Dalyte, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Harvest Time, LLc | $ | $ | $ |
| 000015 | Lawrence Weiner | $ | $ | $ |
| 000016 | Stanley J Rozycki & Victoria L Rozycki | $ | $ | $ |
| 000017 | Nyle Gruhn | $ | $ | $ |
| 000018 | Nyle Gruhn | $ | $ | $ |
| 000019 | Mark Gruhn | $ | $ | $ |
| 000020 | Gina Anson | $ | $ | $ |
| 000021 | Daughters of Gar, LLC | $ | $ | $ |
| 000022 | Edward and Roseann Weinewuth | $ | $ | $ |
| 000023 | Katherine Smith | $ | $ | $ |
| 000024 | Julie Burger | $ | $ | $ |
| 000025 | JCL Asset Management, LLC | $ | $ | $ |
| 000026A | Richard Vock | $ | $ | $ |
| 000027A | Neha Doshi (maiden name Neha Shah) | $ | $ | $ |
| 000028 | Smita Shah | $ | $ | $ |
| 000029 | Kathryn (Kate) Heilessen,Gotta Have Faith LLC | $ | $ | $ |
| 000030 | Kenneth Kowall | $ | $ | $ |
| 000031 | REH Holdings, LLC Susan Kraujalis, Mgr | $ | $ | $ |
| 000032 | KZJB Futures LLC Roy Hildebrand, Mgr | $ | $ | $ |
| 000033 | Bernard Hildebrand | $ | $ | $ |
| 000034A | Brad Fritschle | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000035A | Millicent Fritschle, Fritschle Marital Trust | $ | $ | $ |
| 000036 | Rea Santroch Trust | $ | $ | $ |
| 000037 | ETC Custorian FBO Fredric F Bunge | $ | $ | $ |
| 000038 | ETC Custodian FBO Barbara J Bunge | $ | $ | $ |
| 000039 | Gail L Santroch Trust | $ | $ | $ |
| 000040 | ETC Custorian FBO Fredric F Bunge | $ | $ | $ |
| 000041 | Mary Kay Riodan & Jack Riordan | $ | $ | $ |
| 000042 | Mary Kay Riordan | $ | $ | $ |
| 000043 | VFTC Custondian Roth IRA FBO Carl F Burger | $ | $ | $ |
| 000044 | Robin A. Mauro | $ | $ | $ |
| 000045 | ETC Custodian FBO Barbara J Bunge | $ | $ | $ |
| 000046 | Barbara J Bunge as Silver & Gold LLC | $ | $ | $ |
| 000073 | Garland Labat | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000047 | Rachelle Alanis | $ | $ | $ |
| 000048 | Equity Trust Company Custodian | $ | $ | $ |
| 000049 | Jones National Bank & Trust | $ | $ | $ |
| 000050 | Jones National Bank & Trust Custodian FBO | $ | $ | $ |
| 000051 | Mink Resources, LLC | $ | $ | $ |
| 000052 | Diane Rich | $ | $ | $ |
| 000053 | Jones National Bank & Trust | $ | $ | $ |
| 000054 | Brandon Rich | $ | $ | $ |
| 000055 | Jason Rich | $ | $ | $ |
| 000056 | Jones National Bank & Trust Custodian FBO | $ | $ | $ |
| 000057 | Jones National Bank & Trust Custodian FBO | $ | $ | $ |
| 000058 | William Deery | $ | $ | $ |
| 000059 | Jones National Bank & Trust Custodian FBO | $ | $ | $ |
| 000060 | Jones National Bank & Trust Custodian FBO | $ | $ | $ |
| 000061 | Equity Trust Company Custodian | $ | $ | $ |
| 000062 | Mink Resources, LLC | $ | $ | $ |
| 000063 | Equity Trust Company Custodian | $ | $ | $ |
| 000064 | Mink Resources, LLC | $ | $ | $ |
| 000065 | Mink Resources, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000066 | Equity Trust Company Custodian FBO | $ | $ | $ |
| 000067 | Philip Rich | $ | $ | $ |
| 000068 | Roger S Anderson | $ | $ | $ |
| 000069 | Garry W. Gruhn | $ | $ | $ |
| 000070 | Garry W. Gruhn | $ | $ | $ |
| 000071 | Ewa Blizniak | $ | $ | $ |
| 000072 | Gerilynn Berg | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE